# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JASON HACKER

NO. 2021 KW 0052

FEB 1 8 2021

---

In Re:    Jason Hacker, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 12-99-0333.

---

**BEFORE:    WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**WRIT GRANTED.** The district court is ordered to proceed toward disposition of relator's application for postconviction relief, filed March 13, 2020, if it has not already done so.

**VGW**
**JEW**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

_a.s.~_

---
DEPUTY CLERK OF COURT
FOR THE COURT